UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID R. LAMBERT, | : | CIVIL ACTION NO. 3:CV-17-1031 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| JOHN E. WETZEL | : | |
| Respondent | : | |

# **ORDER**

**AND NOW, THIS 28th DAY OF DECEMBER, 2017**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

       /s/ William J. Nealon
**United States District Judge**